**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| DIANA SMITH<br><br>*Plaintiff,*<br><br>v.<br><br>CAESARS BALTIMORE MANAGEMENT COMPANY, L.L.C.,<br><br>*Defendant.* | Case No. 1:17-cv-03014-ELH<br>Judge Ellen L. Hollander |

**DECLARATION OF DEBRA S. FRIEDMAN, PURSUANT TO 28 U.S.C. § 1746, IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Debra S. Friedman, declare and say in support of Defendant Caesars Baltimore Management Company LLC ("Defendant" or "Horseshoe") Motion for Summary Judgment in the above-captioned matter:

1. I am a member of the law firm of Cozen O'Connor and represent the Defendant.

2. Attached to this Declaration are true and correct copies of the following documents:

   Exhibit A:  Relevant portions of Deposition of Diana Smith taken on June 28, 2018

   Exhibit B:  July 31, 2014 Plaintiff's Employee Handbook Acknowledgement

   Exhibit C:  October 21, 2014 Plaintiff's Performance Documentation

   Exhibit D:  January 19, 2015 Plaintiff's Performance Documentation

   Exhibit E:  January 6, 2016 FMLA Family Member Serious Health Condition Leave Certification Form

   Exhibit F:  January 13, 2016 FMLA Leave of Absence Designation Notice

   Exhibit G:  Relevant portions of Deposition of Henry Olaya on taken July 11, 2018

   Exhibit H:  March 26, 2017 Plaintiff's Performance Documentation

Exhibit I:  April 26, 2017 email from Diana Smith to Henry Olaya

Exhibit J:  April 26, 2017 email from Henry Olaya to Diana Smith and Kristin Carter

Exhibit K:  April 30, 2018, 2:34 a.m., email from Henry Olaya to subordinates

Exhibit L:  April 30, 2018, 4:30 a.m., email from Henry Olaya to subordinates

Exhibit M:  Relevant portions of Deposition of Gerald Lattimer taken on July 11, 2018

Exhibit N:  May 24, 2017 Plaintiff's Performance Documentation for Suspension Pending Investigation (Smith Dep. Ex. 21)

Exhibit O:  May 26, 2017 Plaintiff's Performance Documentation for Separation of Employment

Exhibit P:  May 24, 2017 Plaintiff's Performance Documentation for Suspension Pending Investigation (Olaya Dep. Ex. 3)

Exhibit Q:  May 19, 2017 Plaintiff's Doctor Note

Exhibit R:  May 18, 2017 Facebook post by Diana Smith-Comegys

I declare under penalty of perjury that the foregoing statements are true and correct and are stated on my personal knowledge.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Executed on September 7, 2018

_____
Debra S. Friedman